E-filing

Dear, Honor        C08-01139    JCS

FILED FEB 26 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT CALIFORNIA OAKLAND

My name is Dora J Singletary and live at 36723 Theta ct Fremont ca. I got a student loan in 1982 for the amount of 2.631.92.

It was dismiss by US District court Judge Ackerman In 1984 under dock number 3-cr-75-29. In Springfield Illinois.

I serve punishment of jail and probation and also the judge took inconsideration I got robbed for have of it. He orders thirty day in jail and two years probation.

Then the judge state I wouldn't have to worry about it now or in The further.

So I received a letter in 2004 that they would start taking my taxes.

So got join legal aid were able get Parker Stanburylip to write To write letter to them showing were I dispute them.

He wrote too the US Department of Education, Debt Collection Service Center P.O Box 5609. Greenville, Texas 75403-560

The said I owed them about 4.510.11 to them at that time.

They took from me in 2004. My taxes in the amount of 1.970.50 and than my tax money of 2005 of amount 1.685.00 and in 2006 amount of 2.023.00   Total amount they took is 5.618.50.

These people have call me on phone at my job and talk to me really bad Now I am disable with a real bad back and in pain all the time.

I would like to have some closer. I was young then and now I am sixty it seen like it about close to thirty year.

I would like to get my taxes money back in the amount of 5.618.50. and I pray and hope you put this to end.

        Thank you honor.

                Dora J Singletary

GO 44 SEC. N
NOTICE OF ASSIGNMENT
TO MAGISTRATE JUDGE SENT

LAW OFFICES

# RICHARD E. WEGER

TELEPHONE
(408) 452-5775

90 EAST GISH RD.
SUITE 22
SAN JOSE, CALIFORNIA 95112

November 12, 1991

U.S. Department of Education
National Payment Center
P.O. Box 4169
Iowa City, IOWA 52244-4169

    Re:  Dora Mitchell
         aka Dora Singletary
         Acct. No. S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

Gentlemen:

    This office has been contacted by Ms. Singletary to request that you stop further collection actions against her. Enclosed for your reference is a copy of your dun notice dated October 22, 1991.

    We hope you will give good faith consideration to the following matters:

    As you are aware, both federal and state fair collection practice laws require that creditors refrain from contacting debtors either at home or at work, if such is requested.

    The information provided this office indicates the student loan herein was initiated in the time frame of approximately 1982. We would appreciate your advice if student loans are exempt from limitation statutes, or principles of laches, in the state of origin of this subject loan, which I believe was Illinois.

    It's seems grossly unfair to pursue this debt doggedly, leaving little alternative but a chapter 13 bankruptcy. The seven year period under section 523(a)(8)(A) has, or soon will have, passed and I have advised the borrower of this, but she, so far, does not relish the idea a bankruptcy.

    Your records will reflect that a large portion of the borrowed funds were taken from the debtor at gun point under circumstances where the lender had reason to know of other similar happenings wherein, after the delivery from the lender to the borrower of large amounts of cash based on student loan applications, the funds were taken by a person who rendered assistance in preparing the loan application. We would welcome your explanation of the lender's conduct in this regard,

# PARKER · STANBURY LLP
ATTORNEYS AT LAW
444 SOUTH FLOWER STREET
NINETEENTH FLOOR
LOS ANGELES, CA 90071-2901
TELEPHONE (213) 622-5124
FAX (213) 622-4858
E-MAIL: LA@PARKSTAN.COM

MANAGING PARTNER
ROBERT W. LoPRESTI

DOUGLASS H. MORI
JOHN D. BARRETT, JR.
ROBERT W. LoPRESTI *
RONALD L. SMITH
TIMOTHY D. LUCAS *
J. LUIS GARCIA
MICHAEL E. McCABE
MARY ANNE FORAN
DAVID M. KRITZER
MATTHEW T. SALABEN
CHRISTOPHER M. MOEN
JAMES L. WOLFSEN
MATTHEW W. DAVIS
REYNALDO C. SANTOS
MOJDEH ZAMANI
CASEY H. POPE
JOYCE D. KIM
DAVID E. COWAN

JASON N. MEISLER
MICHAEL D. ROUNTREE
ALAN G. SEIMS
YVONNE E. MARTINEZ
GEORGE A. HUNLOCK
COURTNEY N. NASO
CHRISTOPHER R. KELLEY
ALEX L. SHIA
B. PETER LEE
HAL M. MARZELL
TAMARA A. HAGGSTROM
MARCUS BASTIDA
ANTHONY W. JANSING
EDWARD C. JACOBS II
MARK E. STENSON
THERESA J. CARROLL
ROSEMARIE MERRILL

DAVID C. LANE
TAMARA R. DENNIS
DONALD G. FURNESS
MICHAEL COMPTON
JOHN MARTIN LATHROP
NANCY A. BARRAGAN
MARY Y. ASSAD
MICHAEL J. FRIEDMAN
DANA C. GIOVINE
JACQUELINE D. DUBIN
MATHEW L. MAY
MONICA VALLE
PATRICK M. HEVESY
CHRISTOPHER I. MERRILL
ALAN B. SHEATS
HUAN T. NGUYEN
ALLA TENINA

FELICIA EDELMAN
ELIZABETH UNRATH
CAROLYN J. JACKSON
JASMINE NAYSSAN
JOHN E. REDD
MARK A. GORDON
NELSON J. SCHWARTZ
JEFF H. GREEN
KRISTEN J. LIEU
GLENN M. HABAS
GEORGANN CARMAN
CHRISTOPHER J. THOMAS
RICHARD P. BARKHORDARIAN
MARI N. CARELLA
JUANITA ACOSTA
MICHAEL J. GRUSH
VALERIE L. HANNA

* MEMBER OF AMERICAN BOARD OF TRIAL ADVOCATES

THOMAS L. WADDELL, OF COUNSEL
HARRY D. PARKER (1891-1976)
RAYMOND G. STANBURY (1904-1966)

October 13, 2005

CCA
Attn: Sam Roach
P.O. Box 5369
Norwell, Massachusetts  02061-5369

U.S. Department of Education
Debt Collection Service Center
P.O. Box 5609
Greenville, Texas  75403-5609

Dear Sir or Madam:    Re:    Dora Singletary
                             Debt No.    :  G199105000535801
                             Our File No. :  1554868

Ms. Dora Singletary of Freemont, California has recently consulted with our office in order to assist her in attempting to resolve a dispute involving an account which is apparently the subject of collection activity by your organization.

Specifically, Ms. Singletary advises that she received a demand letter from your organization demanding payment in the amount of $4,510.11.

Ms. Singletary has informed our office that this debt originated prior to 1982 and had previously been dismissed by US District Court Judge Ackerman in August 1984 under docket number S-CR-75-29 in the state of Illinois, when Ms. Singletary (Mitchell) served her punishment with student loan fraud related issues.

Ms. Singletary is disputing the above amount because the original amount of the loan was a little over $2,000.00 and her 2004 tax return of almost $4,000.00 was seized to pay the loan balance. This loan according to Ms. Singletary should have been written off long ago.

ORANGE COUNTY
200 WEST SANTA ANA BOULEVARD
SANTA ANA 92701-7502
(714) 547-7103
FAX (714) 547-3428

SAN BERNARDINO
306 WEST SECOND STREET
SAN BERNARDINO 92401-1805
(909) 884-1256
FAX (909) 880-7876

SAN DIEGO
3131 CAMINO DEL RIO NORTH
SAN DIEGO 92108-5708
(619) 528-1259
FAX (619) 528-1419

SACRAMENTO
777 CAMPUS COMMONS ROAD
SACRAMENTO 95825-8309
(916) 565-7651
FAX (916) 929-0448

CCA
Attn: Sam Roach;
U.S. Department of Education
Debt Collection Service Center
October 13, 2005
Page 2

Please consider this letter a formal dispute on behalf of Ms. Singletary that you immediately investigate the facts and circumstances concerning this matter and agree to provide her with an appropriate response to her concerns. Said response should include, at a minimum, immediate cessation of any further collection activity against Ms. Singletary with regard to this account including, but not limited to, immediate deletion of any and all negative credit references against her. This demand is made to pursuant to the relevant authority under the Federal and California Fair Debt Collections Practices Acts. Ms. Singletary has been made full aware of her legal rights, your obligations and potential liabilities under law and she has expressed an intention to pursue any and all available legal remedies against you should this letter fail to generate an appropriate response. Please respond to Ms. Singletary directly, in writing, within ten (10) days to avoid further legal action.

Your prompt attention to this matter is greatly appreciated. Should you have any further questions or require any additional information, you may feel free to contact Ms. Singletary in writing, at 36723 Theta Court, Fremont, California 94536.

Very truly yours,

PARKER · STANBURY LLP

By  *[signature]*

B. PETER LEE

BPL:ljl

cc:   Dora Singletary

N:\_wpd_\Attorneys\Peter Lee\PPL\Singletary-L1(Dora)155486S.doc\ljl

# PARKER · STANBURY LLP

ATTORNEYS AT LAW
444 SOUTH FLOWER STREET
NINETEENTH FLOOR
LOS ANGELES, CA 90071-2901
TELEPHONE (213) 622-5124
FAX (213) 622-4858
E-MAIL: LA@PARKSTAN.COM

MANAGING PARTNER
ROBERT W. LoPRESTI

DOUGLASS H. MORI
JOHN D. BARRETT, JR. *
ROBERT W. LoPRESTI *
RONALD L. SMITH
TIMOTHY D. LUCAS *
J. LUIS GARCIA
MICHAEL E. McCABE
MARY ANNE FORAN
DAVID M. KRITZER
MATTHEW T. SALABEN
CHRISTOPHER M. MOEN
JAMES L. WOLFSEN
MATTHEW W. DAVIS
REYNALDO C. SANTOS
MOJDEH ZAMANI
CASEY H. POPE
JOYCE D. KIM
DAVID E. COWAN

JASON N. MEISLER
MICHAEL D. ROUNTREE
ALAN G. SEIMS
YVONNE E. MARTINEZ
GEORGE A. HUNLOCK
COURTNEY N. NASO
CHRISTOPHER R. KELLEY
ALEX L. SHIA
B. PETER LEE
HAL M. MARZELL
TAMARA A. HAGGSTROM
MARCUS BASTIDA
ANTHONY W. JANSING
EDWARD C. JACOBS II
MARK E. STENSON
THERESA J. CARROLL
ROSEMARIE MERRILL
DAVID C. LANE

TAMARA R. DENNIS
DONALD G. FURNESS
MICHAEL COMPTON
JOHN MARTIN LATHROP
NANCY A. BARRAGAN
KELLY SEDOCHENKOFF
MARY Y. ASSAD
MICHAEL J. FRIEDMAN
DANA C. GIOVINE
JACQUELINE D. DUBIN
MATHEW L. MAY
MONICA VALLE
PATRICK M. HEVESY
CHRISTOPHER I. MERRILL
ALAN B. SHEATS
HUAN T. NGUYEN
ALLA TENINA
FELICIA EDELMAN

ELIZABETH UNRATH
CAROLYN J. JACKSON
JASMINE NAYSSAN
MAYA LEE
JOHN E. REDD
MARK A. GORDON
NELSON J. SCHWARTZ
JEFF H. GREEN
KRISTEN J. LIEU
GLENN M. HABAS
GEORGANN CARMAN
JOLENE D. BLACKBOURN
CHRISTOPHER J. THOMAS
RICHARD P. BARKHORDARIAN
MARI N. CARELLA
JUANITA ACOSTA
MICHAEL JAY GRUSH

* MEMBER OF AMERICAN BOARD OF TRIAL ADVOCATES

THOMAS L. WADDELL, OF COUNSEL
HARRY D. PARKER (1891-1976)
RAYMOND G. STANBURY (1904-1966)

The attached letter was sent on your behalf under Title I of your Pre-Paid Legal Services plan. Please note we have asked the recipient to respond directly to you. If we receive a response to the enclosed letter, we will contact you and advise you of that response. Unless we are contacted by the other party, we will not be back in contact with you respecting this matter.

In the event that we receive no response or the response is unsatisfactory to you and you want to take other legal action, we can provide you with a referral under Title V of the Pre-Paid Legal Services plan. The referral attorney, if retained by you, will represent you at a discounted hourly rate. The cost of the referral attorney's service will vary, depending upon the nature and complexity of your particular legal matter.

If you would like to discuss a referral under Title V, please contact us at your convenience. We are happy to be of assistance to you!

| ORANGE COUNTY | SAN BERNARDINO | SAN DIEGO | SACRAMENTO |
|---|---|---|---|
| 200 WEST SANTA ANA BOULEVARD | 306 WEST SECOND STREET | 3131 CAMINO DEL RIO NORTH | 777 CAMPUS COMMONS ROAD |
| SANTA ANA 92701-7502 | SAN BERNARDINO 92401-1805 | SAN DIEGO 92108-5708 | SACRAMENTO 95825-8309 |
| (714) 547-7103 | (909) 884-1256 | (619) 528-1259 | (916) 565-7651 |
| FAX (714) 547-3428 | FAX (909) 888-7876 | FAX (619) 528-1419 | FAX (916) 929-0448 |

CCA
PO Box 5369
Norwell, MA 02061-5369
FORWARD SERVICE REQUESTED

Client Reference #
347407390

Office Hours:
Monday–Thursday  8:00AM-9:00PM ET
Friday           8:00AM-5:00PM ET
Saturday         8:00AM-12:00PM ET

PERSONAL & CONFIDENTIAL

DORA SINGLETARY
36723 THETA CT
FREMONT, CA 94536

\*\*\*Correspondence Received\*\*\*

OCTOBER 21, 2005

RE: Your Account with our Client:  US DEPARTMENT OF EDUCATION

Our client placed your account with our office on 6/18/05 with a balance due of $ 4428.90.  On 10/17/05 we received a letter from your Attorney disputing the balance. At which time our agency noted your account as disputed and forwarded your letter to the US Department of Education for review.

As of 10/17/05 this account has been properly noted and all activity has ceased pending their review and response to the issues addressed in the correspondence received.

If you have any questions, please contact our office at 1-800-896-4539 x 4789

Sincerely,

Correspondence Processing

This communication is from a debt collector.  This is an attempt to collect a debt. Any information obtained will be used for that purpose.

AO 256A

UNITED STATES DISTRICT COURT    Case 3:08-cv-00139-WHA    Document 1    Filed 02/26/2008    Page 7 of 13
CRIMINAL DOCKET    U. S. vs    RICHARD MITCHELL, et al.    S-CR-75-29

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------------------|---|
| | (Document No.) | (a) (b) (c) (d) |
| 10/4/84 | Deft. DORA MITCHELL present in court with Atty. Jack Weiner. AUSA Tate Chambers present for Government. Parties stipulated to the evidence the Government would present to show the defendant has violated probation. The Court finds that the defendant has violated the terms and conditions of her probation. Matter referred to Probation for an updated pre-sentence report. Sentencing set for Wed., October 31, 1984 at 9:00 a.m. Bond set at $5,000, Own Recognizance. (Ackerman, J.) | pr |
| 10/5/84 | Deft. Dora Mitchell Appearance Bond $5,000 O/R | lvd |
| 10/31/84 | Defendant present in court with Atty. J.H. Weiner. AUSA Patrick Chesley present for Government. Statement made by Defendant. Arguments of counsel heard as to sentence. Probation of Defendant is hereby revoked and the defendant is committed to the custody of the Attorney General or the United States of his authorized representative for a period of two (2) weeks. It is hereby ordered that the Defendant surrender herself to the U.S. Marshal's Office, Springfield, IL on Monday, November 26, 1984 at 10:00 a.m. Finding made by the Court that the defendant is not in a position to make restitution now or in the near future. (Crabb, J.) | pr |
| 10/31/84 | Judgment and Commitment Order. (Deft. DORA MITCHELL) | pr |
| 11/27/84 | Judgment and Commitment Order, Deft. DORA MITCHELL, ret. exec., personal service by Deputy Marshal 11/26/84. | kd |

6

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

```
,ATES DISTRICT COURT
  DOCKET                 United States of America v. Richard Mitchell, et al.   S-CR-75-29
```

| DATE | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 9/17/82 | Probation Revocation Hearing of Deft. Dora Mitchell set for Monday, October 25, 1982 at 11:00 a.m., before Judge Ackerman. Notices mailed. | pr | | | |
| 10/18/82 | Probation Revocation hearing of Deft. DORA MITCHELL set for October 25, 1982 reset to Friday, November 12, 1982 at 9:30 a.m., due to a conflict in Judge Ackerman's schedule. Docket entry mailed to attorneys. | pr | | | |
| 11/12/82 | Deft. DORA MITCHELL present in court with Atty. J. H. Weiner. AUSA Patrick Chesley present for Government. Parties stipulate there is no dispute that the defendant violated probation. The court finds defendant has violated the terms and conditions of her probation. Arguments of counsel heard as to sentence of the court. Sentencing reset to Wednesday, November 17, 1982 at 1:30 p.m. (Ackerman, J.) | pr | | | |
| 11/17/82 | Deft. DORA MITCHELL present in court with Atty. J. H. Weiner. AUSA Patrick Chesley present for Government. The Court asked whether defendant had anything to say why judgment should not be pronounced. The defendant is reinstated to probation for the balance of the five years probation term which began on July 19, 1976. Defendant to receive no credit toward probation term from the date the probation violator's warrant was issued on July 27, 1979 until the date of reinstatement to probation on November 17, 1982. Probation term expires on November 8, 1984 (Ackerman, J.) | pr | | | |
| 11/17/82 | Judgment and Probation Order. (Dora Mitchell) | pr | | | |
| 1984 8/28/84 | (Deft. DORA MITCHELL) Probation Revocation Hearing set for Friday, September 21, 1984 at 1:15 p.m. | pr | | | |
| 8/9/84 | PETITION FOR PROBATION ACTION and ORDER (DORA MITCHELL) Prayer of Petition ALLOWED. Let ORDER TO SHOW CAUSE issue. (Ackerman, J.) | | | | |
| 8/9/84 | ORDER TO SHOW CAUSE, returnable at 1:15 p.m., September 21, 1984. (Ackerman, J.) | | | | |
| 8/28/84 | Order to Show Cause executed by personal service on deft. DORA MITCHELL on August 27, 1984. | | | | |
| 9/20/84 9/20/84 | FINANCIAL AFFIDAVIT OF Deft. Dora Mitchell. Attorney Jack Weiner appointed by the Court to represent Deft. Hearing set for September 21, 1984 reset to Thurs., October 4, 1984 at 9:00 a.m. (Ackerman, J.) | | | | |

Handwritten annotation beside 11/12/82: "probation"

AO-257

‚ATES DISTRICT COURT
∟ DOCKET                United States of America v. Richard Mitchell, et al.    S-CR-75-29

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 9/17/82 | Probation Revocation Hearing of Deft. Dora Mitchell set for Monday, October 25, 1982 at 11:00 a.m., before Judge Ackerman. Notices mailed. | pr | | | |
| 10/18/82 | Probation Revocation hearing of Deft. DORA MITCHELL set for October 25, 1982 reset to Friday, November 12, 1982 at 9:30 a.m., due to a conflict in Judge Ackerman's schedule. Docket entry mailed to attorneys. | pr | | | |
| 11/12/82 | Deft. DORA MITCHELL present in court with Atty. J. H. Weiner. AUSA Patrick Chesley present for Government. Parties stipulate there is no dispute that the defendant violated probation. The court finds defendant has violated the terms and conditions of her probation. Arguments of counsel heard as to sentence of the court. Sentencing reset to Wednesday, November 17, 1982 at 1:30 p.m. (Ackerman, J.) | pr | | | |
| 11/17/82 | Deft. DORA MITCHELL present in court with Atty. J. H. Weiner. AUSA Patrick Chesley present for Government. The Court asked whether defendant had anything to say why judgment should not be pronounced. The defendant is reinstated to probation for the balance of the five years probation term which began on July 19, 1976. Defendant to receive no credit toward probation term from the date the probation violator's warrant was issued on July 27, 1979 until the date of reinstatement to probation on November 17, 1982. Probation term expires on November 8, 1984 (Ackerman, J.) | pr | | | |
| 11/17/82 * | Judgment and Probation Order. (Dora Mitchell) | pr | | | |
| 1984<br>8/28/84 | (Deft. DORA MITCHELL) Probation Revocation Hearing set for Friday, September 21, 1984 at 1:15 p.m. | pr | | | |
| 8/9/84 * | PETITION FOR PROBATION ACTION and ORDER (DORA MITCHELL)<br>Prayer of Petition ALLOWED. Let ORDER TO SHOW CAUSE issue. (Ackerman, J.) | | | | |
| 8/9/84 | ORDER TO SHOW CAUSE, returnable at 1:15 p.m., September 21, 1984. (Ackerman, J.) | | | | |
| 8/28/84 | Order to Show Cause executed by personal service on deft. DORA MITCHELL on August 27, 1984. | | | | |
| 9/20/84<br>9/20/84 | FINANCIAL AFFIDAVIT OF Deft. Dora Mitchell.<br>Attorney Jack Weiner appointed by the Court to represent Deft. Hearing set for September 21, 1984 reset to Thurs., October 4, 1984 at 9:00 a.m. (Ackerman, J.) | | | | |

AO-257

Interval (per Section III)  Start Date / End Date  Ltr. Code  Total Days

AO 256A

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U. S. vs   RICHARD MITCHELL, et al.   S-CR-75-29

| DATE | PROCEEDINGS (continued) —(Document No.)— | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 10/4/84 | Deft. DORA MITCHELL present in court with Atty. Jack Weiner. AUSA Tate Chambers present for Government. Parties stipulated to the evidence the Government would present to show the defendant has violated probation. The Court finds that the defendant has violated the terms and conditions of her probation. Matter referred to Probation for an updated pre-sentence report. Sentencing set for Wed., October 31, 1984 at 9:00 a.m. Bond set at $5,000, Own Recognizance. (Ackerman, J.) | pr |
| 10/5/84 | Deft. Dora Mitchell Appearance Bond $5,000 O/R | lvd |
| 10/31/84 | Defendant present in court with Atty. J.H. Weiner. AUSA Patrick Chesley present for Government. Statement made by Defendant. Arguments of counsel heard as to sentence. Probation of Defendant is hereby revoked and the defendant is committed to the custody of the Attorney General or the United States of his authorized representative for a period of two (2) weeks. It is hereby ordered that the Defendant surrender herself to the U.S. Marshal's Office, Springfield, IL on Monday, November 26, 1984 at 10:00 a.m. Finding made by the Court that the defendant is not in a position to make restitution now or in the near future. (Crabb, J.) | pr |
| 10/31/84 | Judgment and Commitment Order. (Deft. DORA MITCHELL) | pr |
| 11/27/84 | Judgment and Commitment Order, Deft. DORA MITCHELL, ret. exec., personal service by Deputy Marshal 11/26/84. | kd |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| | | |
|---|---|---|
| CCA<br>PO BOX 5369<br>NORWELL MA 02061-5369<br>FORWARD SERVICE REQUESTED | Account # : 359715<br>Do not send cash<br>Make checks payable to:<br>U.S. Department of Education<br>Show your social security number on your check | Client Reference # :<br>G199105000535801 | Total Due :<br>$ 4510.11<br>NOTE NAME / ADDRESS /<br>PHONE NO. CHANGES<br>ON BACK OF COUPON |

**Return this portion with your payment**

PERSONAL & CONFIDENTIAL
S-ONCCOA19  L-28A  (ED001)  A-359715-12
P0306Y00210149 I10266
DORA SINGLETARY
36723 THETA CT
FREMONT CA 94536-5638

SEND PAYMENT TO:
12-28A

NATIONAL PAYMENT CENTER
U.S. DEPARTMENT OF EDUCATION
PO BOX 4169
GREENVILLE TX 75403-4169

4 323474073902 0000004950 00000538      4 323474073902 0009262005 04510112

✂ Detach Upper Portion And Return With Payment ✂        September 26, 2005

PO BOX 5369
NORWELL MA 02061-5369
Toll Free : 1-800-896-0282


**CCA**
Collection Company of America

**Office Hours :**
Monday - Thursday  8:00AM - 9:00 PM  ET
Friday                      8:00AM - 5:00 PM  ET
Saturday                  8:00AM - 12:00 PM ET

### *** FIRST DEMAND NOTICE ***

RE : Your Account with our client : U.S. DEPARTMENT OF EDUCATION
Client Reference # : G199105000535801
CCA Account # : 359715

Total Due:  $4510.11

Your account(s) has been placed with us for collection. Please see below for details of your outstanding obligation. This is a demand for payment of your debt.

We urge you to remit payment to the National Payment Center, using the top portion of this coupon. If you dispute this debt please see the reverse side of this notice for important rights.

| DEBT ID # | PRINCIPAL | INTEREST | CHARGES | BALANCE |
|---|---|---|---|---|
| G199105000535801 | $2631.92 | $961.17 | $917.02 | $4510.11 |
| | | | Total Due: | $4510.11 |

NOTE: Your account may be accruing interest on a daily basis, please contact our office for an exact payoff amount. Payment can be made by credit card…contact our office for more information.

All payments should be mailed to: National Payment Center, US Department of Education, PO Box 4169, Greenville, TX 75403-4169.

> Please direct disputes or other correspondence regarding your account to:
> **CCA ED Administrative Unit, PO Box 5369, Norwell, MA 02061-5369**

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

12ED001                **PLEASE SEE REVERSE SIDE FOR IMPORTANT RIGHTS**                28A

Hear copy of my Doctor note show I am disabled
Last day at work was 9/4/07.

DOI: 1/26/04.

Reason for Primary Treating Physician's Progress Report (PR-2):
- Periodic report (required 45 days after last report).

Subjective Complaints:
Patient is here for follow-up. Continues to have severe low back pain with radiation down both legs as well as lower extremity weakness. Continues to find it difficult to walk, even with a cane.

As noted earlier, she saw neurosurgeon/spine surgeon consult Dr. Zavala on 2/9/06, and his impression was that the patient had 1) chronic history of lumbalgia and bilateral sciatica; and 2) symptomatic lumbar disc disease,and probably lumbar discogenic pain with associated radiculopathy. Dr. Zavala has been seeing the patient for follow-up visits and on the 6/22/06 he recommended a lumbar discogram in preparation for a probable lumbar arthroplasty or lumbar fusion.

Also, as mentioned earlier, the patient was initially reluctant to consider surgery but due to the persistence and worsening of her symptoms, she agreed to the lumbar discogram which was performed by Dr. Schuchard on 10/27/06; this discogram demonstrated, among other things, that the L4-5 level was clearly positive with a 7-8/10 concordant pain. On 11/9/06 follow-up visit Dr. Zavala indicated that he will request authorization to proceed with the L4-5 level arthroplasty, which will allow stabilization of the L4-5 segment with preservation of movement. This still has not been authorized yet by the WC insurance carrier as the QME physician Dr. Swartz' opinion was that there was insufficient evidence to support the performance of fusion or disc replacement surgery. The patient had an IME appointment with neurosurgeon Dr. Gifford on 12/18/07. Patient is attorney represented.

Takes 2 Motrin, 1-2 ES Vicodin and 1 Flexeril a day to manage her pain (as noted earlier, self discontinued NTP because did not find it particularly helpful). Also having insomnia due to pain, which is helped by Ambien.

Off work. Dr. Zavala has recommended TTD until back surgery takes place, which I agree is appropriate.

ROS: Continues to deny b/b incontinence or saddle anesthesia.

Objective Findings:
Vital signs are stable.
CONSTITUTIONAL = Uncomfortable appearing. Slow, antalgic gait requiring a cane for ambulation.
BACK = Tenderness to palpation at lumbosacral area, right > left. Range of motion: flexion 45 deg, extension 0 deg. 4-/5 strength B with ankle dorsiflexion and great toe extension. Subjectively decreased sensation to light touch over the medial femoral condyle, dorsum of second toe and lateral ankle bilateral. Straight leg raise test positive at 45 deg B. Cannot elicit patellar reflexes B.

Diagnoses:
1. Lumbar disc disease with L4-5 disc protrusion with associated lumbar radiculopathy = flare-up persisting and still at a very low level of functioning. As stated earlier, I agree with neurosurgery consult Dr. Zavala's recommendation that the patient could benefit from a a L4-5 level arthroplasty. I also agree with Dr. Zavala's recommendation that the patient be TTD at least until the patient has had back surgery and has rehabilitated from it (this may take at least a year).

Treatment Plan:
1. I anticipate that the patient will continue to be on TTD from today (1/11/08) through at least 1/11/09 in order to prevent aggravation of condition as well as provide time to rehabilitate from back surgery (when it is finally authorized).
2. Follow-up on 12/18/07 IME report by Dr. Gifford.
3. Continue follow-up with Dr. Zavala (next appointment January 2008).
4. Continue Motrin PRN with ES Vicodin PRN BTP and Flexeril PRN spasms (all refilled). As mentioned earlier, NTP was discontinued because patient has not found it particularly helpful. Continue icing. Continue Ambien PRN insomnia (refilled).
5. RTC 5-6 weeks, after seen by Dr. Zavala.

*This is a copy of today's (1/11/08) clinic note.*

*Alan Hu, MD*

3:08-CV-1139-JCS

ADR
ECF

# CIVIL COVER SHEET

JS 44 (Rev. 12/07) (cand rev 1-08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS** US Department of Education dept center 75403 P.O. Box 5609 Greenville Taxes

**DEFENDANTS** Dora J Singletary 36723 Theta Ct

**(b) County of Residence of First Listed Plaintiff** Greene Taxes 75403-5609 Tc 1-800-621-3115
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** Alameda
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)** US Department of education P.O. Box 5609 De No 61199105000531 File 1354868 Greenville, Taxes 75403

**Attorneys (If Known)** Fremont Ca. 94536 Tel-510-818-0832

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 365 Personal Injury — Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / PERSONAL PROPERTY | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | LABOR | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting / PRISONER PETITIONS | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations / Habeas Corpus: | | FEDERAL TAX SUITS | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 530 General | | [X] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | IMMIGRATION | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights / [ ] 550 Civil Rights / [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – Alien Detainee | (13) | |
| | | [ ] 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): Federal Cast
Brief description of cause: Taken my Taxes money Last Three years

**VII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY**
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND   [ ] SAN JOSE

DATE                       SIGNATURE OF ATTORNEY OF RECORD

Dora Ysing LeJary
36723 Theta ct
Fremont CA 94536

OFFice
DisTRicT
NorTHer
1301
OaKLA
per



Of Clerk US
Court
District of California
Clay Street Suite 400S
d. California 94612-5212
ffice Business
alty for private use
$300