E-  g

FILED

FEB 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

US Department of Eudation )
P.O Box 5604                )   CASE NO. _____
Greenville THX  75403   Plaintiff, )
        vs.                        )   **APPLICATION TO PROCEED**
                                   )   **IN FORMA PAUPERIS**
Dora J Singletary        )   **(Non-prisoner cases only)**
36723 Theta al           )
Fremont Ca  94536   Defendant. )

C08-0113 UCS

I, Dora L Singletary, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.      Are you presently employed?   Yes ✓   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:     Tim Singletary

Gross: 3, 947.00          Net: 2, 859.11

Employer:     Haynes
3500  Zanker  Rd  San  Jose  Ca  95134
I  don't  Have  yet.

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____          - 1 -

1  wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the following

6  sources:

7      a.    Business, Profession or            Yes ____ No _✓_

8            self employment

9      b.    Income from stocks, bonds,          Yes ____ No _✓_

10           or royalties?

11     c.    Rent payments?                      Yes ____ No _✓_

12     d.    Pensions, annuities, or             Yes ____ No _⋅_

13           life insurance payments?

14     e.    Federal or State welfare payments,  Yes _✓_ No ____

15           Social Security or other govern-

16           ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each. *From 9/04 work at VA mech center and go-flect*

19  *my sick pay up to December was last effect*

20  *I got for 2 used. No pay now.*

21  3.    Are you married?                      Yes _✓_ No ____

22  Spouse's Full Name: _*Timothy Singleletary*_

23  Spouse's Place of Employment: _*Agnes*_

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____ Net $ _*2,959.11*_

26  4.    a.    List amount you contribute to your spouse's support:$ _*1100*_

27        b.    List the persons other than your spouse who are dependent upon you for support and

28              indicate how much you contribute toward their support.  (NOTE: For minor children,

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____          - 2 -

1    list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

2    _____ J. S _____    19 year old

3    _____ M. S _____    20

4    5.    Do you own or are you buying a home?    Yes ✓ No ___

5    Estimated Market Value: $ 7000    Amount of Mortgage: $ 2.611.20

6    6.    Do you own an automobile?  my Llas 1990 Yes ___ No ___
                                          cona
7    Make Toyla    Year 1997    Model _____

8    Is it financed? Yes ____ No ✓ If so, Total due: $ _____

9    Monthly Payment: $ ___ near

10    7.    Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

11    Name(s) and address(es) of bank: Bank of West

12    mory ave Fremont
                            Losing one +hous
13    Present balance(s): $ 6000  we are Bank dean and are
                              were bad Loan pay step gones ui -
14    Do you own any cash? Yes ___ No ✓ Amount: $ _____
                              pay jie
15    Do you have any other assets? (If "yes," provide a description of each asset and its estimated market

16    value.)  Yes ___ No ___

17    _____

18    8.    What are your monthly expenses?

19    Rent: $ 2.611.20    Utilities: 150.00

20    Food: $ 475.00    Clothing: no money for iT

21    Charge Accounts: ppp+1 Cred T card 100. owe 1.500.00

22    Name of Account    Monthly Payment    Total Owed on This Account

23    Bank American $    98.00    $ 7.800.2S

24    Capit one    $    91.00    $ 296.91

25    Care Credit $    90.00    $ 2.282.01
                            no.00              100.0
     american express
26    9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they

27    are payable.  Do not include account numbers.)

28    _____

1  _____

2  10.    Does the complaint which you are seeking to file raise claims that have been presented in other

3  lawsuits?    Yes ____  No __✓__

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

5  they were filed.

6  _____

7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false

9  statement herein may result in the dismissal of my claims.

10

11  _____        _Dan J Singleton_

12        DATE                    SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APP.  TO  PROC.  IN  FORMA

PAUPERIS, Case No._____          - 4 -