# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING
Clerk of the Court                                            (415) 522-2000

March 10, 2008

TO:   Dora J. Singletary
      36723 Theta Court
      Fremont, CA   94536

Re:   **DORA SINGLETARY v. U.S. DEPARTMENT OF EDUCATION**
      C-08-01139 (JCS)

Dear Counsel:

This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case.  All parties are requested to complete **one** of the enclosed forms documenting either consent or declination and to return it to the Court by **March 25, 2008.**

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:_____
      Karen L. Hom
      Courtroom Deputy

Enclosure: Forms

1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8

9   DORA SINGLETARY,                          No.  C 08-01139 JCS

10              Plaintiff(s),                 **CONSENT TO PROCEED BEFORE A**
                                              **UNITED STATES MAGISTRATE JUDGE**
11        v.

12  U.S. DEPARTMENT OF EDUCATION,

13              Defendant(s).
    _____/
14

15          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in

18  the case, including trial, and the entry of a final judgment.  Appeal from the judgment shall be taken

19  directly to the United States Court of Appeals for the Ninth Circuit.

20

21  Dated: _____        _____
                                               Signature
22
                                               Counsel for _____
23                                             (Plaintiff, Defendant or indicate "pro se")

24

25

26

27

28

*United States District Court*

*For the Northern District of California*

1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7             NORTHERN DISTRICT OF CALIFORNIA
8
9    DORA SINGLETARY,                    No.  C 08-01139 JCS
10             Plaintiff(s),             **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
11        v.                                            **AND**
                                         **REQUEST FOR REASSIGNMENT TO A**
12   U.S. DEPARTMENT OF EDUCATION,       **UNITED STATES DISTRICT JUDGE**
13             Defendant(s).
    _____/
14

15       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

16       The undersigned party hereby declines to consent to the assignment of this case to a United

17   States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

18   a United States District Judge.

19

20   Dated: _____        Signature_____

21                                              Counsel for _____
22                                              (Plaintiff, Defendant, or indicate "pro se")

23
24
25
26
27
28

**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

DORA SINGLETARY,

               Plaintiff,

  v.

U.S. DEPARTMENT OF EDUCATION et al,

               Defendant.

_____/

Case Number: CV08-01139 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dora J. Singletary
36723 Theta Ct.
Fremont, CA 94536

Dated: March 10, 2008

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk