E-filing

FILED

MAR -5 PM 12: 50

...WIEKING
CLERK U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U.S Department of Education
Debt Collection Service
Center
P.O Box 5609. Greenville
Texas, 75403-5609
Plaintiff(s),

v.

Defendant(s). Dora Singletary #1991050005358 01
Debt No.
due file No. 1554868

No. C **C08-01139**

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

General Court Number
510-637-3530

Dated: 3-4-08

Signature: Dora J Singletary

Counsel for Judge Spero
(Plaintiff, Defendant, or indicate "pro se")