IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SINGLETARY, | No. C 08-01139 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |
| U.S. DEPARTMENT OF EDUCATION, | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management Conference for **June 5, 2008 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages. All other deadlines in the initial case management scheduling order filed on February 26, 2008 remain in effect.

Parties requesting a continuance shall submit a stipulation and proposed order. If the parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated: March 25, 2008                                  FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Dawn K. Toland
Courtroom Deputy to the
Honorable William Alsup

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SINGLETARY, | Case Number: CV08-01139 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| U.S. DEPARTMENT OF EDUCATION, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dora J. Singletary
36723 Theta Ct.
Fremont, CA 94536

Dated: March 25, 2008

Richard W. Wieking, Clerk
By: Dawn Toland, Deputy Clerk