IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SINGLETARY,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>    Defendant.<br>_____/ | No. C 08-01139 WHA<br><br><br>**CLERK'S NOTICE<br>RESCHEDULING HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the Case Management Conference previously set for June 12, 2008 at 3:00 p.m. has been rescheduled for **June 12, 2008 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 6, 2008                         FOR THE COURT,

                                                            Richard W. Wieking, Clerk

                                                            By: _____
                                                               Dawn Toland
                                                                Courtroom Deputy to the
                                                                Honorable William Alsup

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DORA SINGLETARY,

        Plaintiff,

v.

U.S. DEPARTMENT OF EDUCATION et al,

        Defendant.
_____/

Case Number: CV08-01139 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dora J. Singletary
36723 Theta Ct.
Fremont, CA 94536

Dated: June 6, 2008

        Richard W. Wieking, Clerk
        By: Dawn Toland, Deputy Clerk