**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 12, 2008

Case No.  C 08-01139 WHA

Title: DORA SINGLETARY  v. US DEPT OF EDUCATION

Plaintiff Attorneys: Dora Singletary

Defense Attorneys: N/A

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   CMC - HELD

2)

Continued to **7/3/08 at 11:00am**   for Further Case Management Conference

Continued to      for Pretrial Conference

Continued to      for Jury Trial

**ORDERED AFTER HEARING:**

No one appeared for the defendant. Court directed the clerk to contact the US Attorney's office after court for a status.

After Court: AUSA Sara Winslow confirmed that the US Attorney's Office has not received service of the summons and complaint yet. The clerk will request that the US Marshal serve them now. Matter re-set for 7/3/08.