1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (SBN 88143)
Assistant United States Attorney
3 | Chief, Civil Division
DOUGLAS K. CHANG (SBN HI2922)
4 | Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
5 |  San Francisco, CA 94102
   Tel. No. (415) 436-6985
6 |  Fax. No. (415) 436-7169

7 | Attorneys for Defendant
U. S. Department of Education

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DORA J. SINGLETARY, | ) | Case No. C 08-01139 WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | Date:  July 3, 2008 |
| U.S. DEPARTMENT OF EDUCATION, | ) | Time: 11:00 a.m. |
| | ) | Courtroom:  No. 9 |
| Defendant. | ) | Judge:  William Alsup |
| _____ | ) | |

I, TINA LOUIE, declare:

That I am a citizen of the United States and employed in the City and County of San Francisco, California; that my business address is United States Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102; that I am over the age of eighteen years; and that I am not a party to the above-entitled action;

That on June 26, 2008, I deposited in the United States mails, in an envelope bearing the requisite postage, a copy of:

**United States' Case Management Statement**

addressed to:

Dora J. Singletary
36723 Theta Ct.
Fremont, CA  94536

1  at her last known address at which place there is service by United States mail.

2  This Certificate is executed on June 26, 2008, at San Francisco, California.

3  I certify under penalty of perjury that the foregoing is true and correct.

                          /s/ Tina Louie
                          TINA LOUIE
                          Legal Assistant