ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

July 7, 2008

Dora J. Singletary
36723 Theta Ct.
Fremont, CA 94536
510-818-0832

Douglas K. Chang
U.S. Attorney's Office
450 Golden Gate Avenue, 10th Floor
San Francisco, CA 94102
415-436-6985

      Re:    Singletary v. U.S. Department of Education Debt Center
             <u>Case No. C 08-01139 WHA MED</u>

Dear Ms. Singletary and Mr. Chang:

     We have received notification from Judge William H. Alsup that the referenced case was referred to Mediation on July 7, 2008. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how Mediation can assist you. We would like to schedule this for **Wednesday, July 16, 2008 at 9:30 a.m.** This office will initiate the call to the numbers listed above. If you are unavailable at this time, please contact the other side and provide me with three (3) alternative times everyone is available to reschedule during the same week.

     Thank you for your attention to this matter.

                                   Sincerely,

                                   Claudia M. Forehand
                                   ADR Case Administrator