7/7/08

**Name and Address**
Dora J Singletary
36723 Theta Ct
Fremont Ca, 94536

FILED
RECEIVED
JUL -9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Dora J Singletary

**Plaintiff / Petitioner**

VS.

US Department of Education

**Defendant / Respondent**

Case No. C 08-1139 WHA

**Document Name:**

I am dismissing the case against US Department of education.

Dora J Singletary

if need call me at 510-8180832