**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>July 3, 2008</u>

Case No.  <u>C 08-01139 WHA</u>

Title: <u>DORA SINGLETARY</u> v. <u>US DEPT OF EDUCATION</u>

Plaintiff Attorneys: Pro se

Defense Attorneys: Douglas Chang

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Sahar McVickar</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   <u>                                                           </u>

Complete Initial Disclosures (Rule 26): 7/31/08

Discovery Cutoff: 2/20/09

Designation of Experts: 2/20/09

Last Day to File Motion: 3/26/09


Continued to _ for Further Case Management Conference

Continued to  <u>**6/1/09 at 2:00 pm**</u>  for Pretrial Conference

Continued to  <u>**6/15/09 at 7:30 am**</u>  for Trial

**ORDERED AFTER HEARING:**

Case is referred ADR for mediation.