```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division
   DOUGLAS K. CHANG (SBN HI2922)
4  Assistant United States Attorney
     450 Golden Gate Avenue, Box 36055
5    San Francisco, CA 94102
     Tel. No. (415) 436-6985
6    Fax. No. (415) 436-7169

7  Attorneys for Defendant
   U. S. Department of Education
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DORA J. SINGLETARY,<br><br>                    Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>                    Defendant. | Case No. C 08-01139 WHA<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff Dora J. Singletary and the defendant U.S. Department of Education hereby stipulate to dismiss, with prejudice, the entire above-captioned action. It is further stipulated that each party shall bear its own costs and fees, and that the Court may issue an appropriate order.

    IT IS SO STIPULATED.


Dated:  July 8, 2008                        /s/ Dora J. Singletary
                                          DORA J. SINGLETARY
                                          Pro Per

|   |   |
|---|---|
| 1 | |
| 2 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | |
| 4 | |
| 5 | Dated: July 15, 2008        By:    /s/ Douglas K. Chang |
| 6 | DOUGLAS K. CHANG<br>Assistant U. S. Attorney |

Dated: July 15, 2008        By:    /s/ Douglas K. Chang
                                   DOUGLAS K. CHANG
                                   Assistant U. S. Attorney

JOSEPH P. RUSSONIELLO
United States Attorney

```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (SBN 88143)
    Assistant United States Attorney
 3  Chief, Civil Division
    DOUGLAS K. CHANG (SBN HI2922)
 4  Assistant United States Attorney
      450 Golden Gate Avenue, Box 36055
 5    San Francisco, CA 94102
      Tel. No. (415) 436-6985
 6    Fax. No. (415) 436-7169

 7  Attorneys for Defendant
    U. S. Department of Education
 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
    DORA J. SINGLETARY,            )   Case No. C 08-01139 WHA
12                                 )
                Plaintiff,         )
13                                 )   STIPULATION OF DISMISSAL
         v.                        )
14                                 )
    U.S. DEPARTMENT OF EDUCATION,  )
15                                 )
                Defendant.         )
16                                 )
```

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff Dora J. Singletary and the defendant U.S. Department of Education hereby stipulate to dismiss, with prejudice, the entire above-captioned action. It is further stipulated that each party shall bear its own costs and fees, and that the Court may issue an appropriate order.

IT IS SO STIPULATED.

Dated: 7-8-08

_____
DORA J. SINGLETARY
Pro Per

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Assistant United States Attorney
Chief, Civil Division
DOUGLAS K. CHANG (SBN HI2922)
Assistant United States Attorney
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Tel. No. (415) 436-6985
  Fax. No. (415) 436-7169

Attorneys for Defendant
U. S. Department of Education

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DORA J. SINGLETARY, | ) | Case No. C 08-01139 WHA |
| | ) | |
| Plaintiff, | ) | **[proposed]** |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Stipulation of Dismissal filed by the parties to this action, and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice, and that each party shall bear its own costs and fees.

IT IS SO ORDERED

Dated: _____                              _____
                                                       WILLIAM ALSUP
                                                       UNITED STATES DISTRICT JUDGE