1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division
   DOUGLAS K. CHANG (SBN HI2922)
4  Assistant United States Attorney
     450 Golden Gate Avenue, Box 36055
5    San Francisco, CA 94102
     Tel. No. (415) 436-6985
6    Fax. No. (415) 436-7169

7  Attorneys for Defendant
   U. S. Department of Education

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11
   DORA J. SINGLETARY,                )     Case No. C 08-01139 WHA
12                                     )
                      Plaintiff,       )     ~~[proposed]~~
13                                     )     ORDER OF DISMISSAL
                  v.                   )
14                                     )
   U.S. DEPARTMENT OF EDUCATION,       )
15                                     )
                      Defendant.       )
16  _____)

17      Pursuant to the Stipulation of Dismissal filed by the parties to this action, and for good cause

18  shown,

19      IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice, and

20  that each party shall bear its own costs and fees.

21      IT IS SO ORDERED

22
           September 2, 2008
23  Dated: _____        _____
                                        WILLIAM ALSUP
24                                      UNITED STATES DISTRICT JUDGE

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


DORA SINGLETARY,

               Plaintiff,

   v.

U.S. DEPARTMENT OF EDUCATION et al,

               Defendant.

               Case Number: CV08-01139 WHA

               **CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Dora J. Singletary
36723 Theta Ct.
Fremont, CA 94536

Dated: September 2, 2008

               Richard W. Wieking, Clerk
               By: Dawn Toland, Deputy Clerk